UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

John L. Schoonmaker
Louisemary R. Schoonmaker

Debtor(s)

Case No. 18-36189-CGM
Chapter. 13

## CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN

The undersigned, a secretary with the Law Offices of Dantzman and Dantzman, does hereby certify that she is of over 18 years of age, and is competent to serve papers.

I, Ilse Haberer, certify that on July 17th, 2018, sent a copy of the debtors' chapter 13 plan, which includes a loss mitigation request, and judicial lien avoidance, by mailing a true copy thereof to the parties listed below and on the attached matrix at their respective addresses, postage prepaid, by depositing in the U.S. Mail, at Milwaukee, WI, except for those sent through the court's electronic service under Court's CM/ECF notice system.

Chapter 13 Trustee (Via ECF)
Krista M. Preuss, Esq.
399 Knollwood Rd – Suite e102
White Plains, NY 10603

Office of the U.S. Trustee (Via ECF)
74 Chapel Street, Suite 20
Albany, NY 12207

John & Louisemary Schoonmaker
48 Round Hill Rd.
Poughkeepsie, NY 12603

All Creditors (See attached matrix)

_/s/ Ilse Haberer_
Ilse Haberer
Law Offices of Dantzman & Dantzman

INTERNAL REVENUE SERVICE
P. O. BOX 7346
PHILADELPHIA, PA 19101-7346


NYS DEPT. TAXATION & FINANCE
BANKRUPTCY/SPECIAL PROCEDURES
PO BOX 5300
ALBANY, NY 12205-0300




AMERICAN EXPRESS
CORRESPONDENCE
PO BOX 981540
EL PASO, TX 79998


AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 07101-1270


ARS/ACCOUNT RESOLUTION SPECIALIST
PO BOX 459079
SUNRISE, FL 33345


CAPITAL ONE
ATTN: BANKRUPTCY DEPT
PO BOX 30285
SALT LAKE CITY, UT 84130-0285


CAPITAL ONE BANK. N.A.
ATTN: GENERAL CORRESPONDENCE/BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130


CAVALRY PORTFOLIO SERVICES
ATTN: BANKRUPTCY DEPARTMENT
500 SUMMIT LAKE STE 400
VALHALLA, NY 10595


CHASE
PO BOX 15153
WILMINGTON, DE 19886

CHASE CARD SERVICES
ATTN: CORRESPONDENCE DEPT
PO BOX 15298
WILMINGTON, DE 19850


CITI CARD
PO BOX 790040
SAINT LOUIS, MO 63179-9819


CITIBANK (SOUTH DAKOTA)
701 E. 60TH STREET N.
SIOUX FALLS, SD 57117


COLLECTION BUREAU HUDSON VALLEY, INC.
PO BOX 831
NEWBURGH, NY 12551


COMENITY BANK
BANKRUPTCY DEPT
PO BOX 183043
COLUMBUS, OH 43218-3043


COMENITY BANK/WOMAN WITHIN
PO BOX 182125
COLUMBUS, OH 43218


COMENITY CAPITAL/MPRC
PO BOX 182125
COLUMBUS, OH 43218


CORNERSTONE OF RHINEBECK
91 SERENITY HILL RD,
RHINEBECK, NY 12572


CREDIT CENTER, INC.
7 FINANCE DR
DANBURY, CT 06810


CW NEXUS CREDIT CARD
101 CROSSWAYS PARK DR W
WOODBURY, NY 11797

DISCOVER BANK
6500 NEW ALBANY RD
ATTN: PRESIDENT
NEW ALBANY, OH 43054


DISCOVER BANKRUPTCY DEPARTMENT
PO BOX 8003
HILLIARD, OH 43026


DISCOVER FINANCIAL
PO BOX 3025
NEW ALBANY, OH 43054


EMERGENCY PHYS SERV OF NY
PO BOX 740021
CINCINNATI, OH 45274-0021


EOS CCA
700 LONGWATER DR
NORWELL, MA 02061


FIRST SVGS BK-BLAZE
PO BOX 5096
SIOUX FALLS, SD 57117


GE CAPITAL RETAIL BANK
PO BOX 960061
ORLANDO, FL 32896-0061


GENPACT SERVICES LLC
PO BOX 1969
SOUTHGATE, MI 48195-0969


INDEPENDENT RECOVERY RESOURCES
24 RAILROAD AVE
PATCHOGUE, NY 11772


IRS
290 BROADWAY
NEW YORK, NY 10007


MIDLAND FUNDING
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193

MONTEREY COLLECTION  
4095 AVENIDA DE LA PLATA  
OCEANSIDE, CA 92056


NATIONWIDE CREDIT, INC  
PO BOX 26314  
LEHIGH VALLEY, PA 18002-6314


NES - NAT ENTERPRISE SYSTEM  
29125 SOLON RD  
SOLON, OH 44139-3442


NY STATE DEPT. OF FINANCE  
345 ADAMS STREET, 3RD FL  
ATTN: LEGAL AFFAIRS  
BROOKLYN, NY 11201


OCWEN LOAN SERVICING, LLC  
1661 WORTHINGTON RD  
ATTN: PRESIDENT  
WEST PALM BEACH, FL 33409


PIER1 - SYNCHRONY BANK  
PO BOX 659617  
SAN ANTONIO, TX 78265


PORTFOLIO RECOVERY  
PO BOX 41067  
NORFOLK, VA 23541


PREMIER CARE  
C/O MONTEREY FINANCIAL SERV  
PO BOX 801638  
KANSAS CITY, MO 64180-1638


PREMIER MEDICAL GROUP OF THE  
HUDSON VALLEY  
243 NORTH RD SUITE 304  
POUGHKEEPSIE, NY 12601-1173


SEARS - CITICARDS  
P.O. BOX 182532  
COLUMBUS, OH 43218

SELIP & STYLIANOU LLP
199 CROSSWAYS PARK DRIVE
PO BOX 9001
WOODBURY, NY 11797-9001


STONE LEIGH RECOVERY
PO BOX 1479
LOMBARD, IL 60148


SYNCHRONY BANK
ATTN: BANKRUPTCY DEPT
PO BOX 965060
ORLANDO, FL 32896-5060


SYNCHRONY BANK/ JC PENNEYS
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896


SYNCHRONY BANK/WALMART
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896


TEAMSTER PRIVILEGE CREDIT CARD
PO BOX 71104
CHARLOTTE, NC 28272-1104


THE BLAZE MASTERCARD
PO BOX 5096
SIOUX FALLS, SD 57117-5096


THE BUREAUS INC
650 DUNDEE RD
SUITE 370
NORTHBROOK, IL 60062


THE CHILDRENS PLACE
PO BOX 183015
COLUMBUS, OH 43218


UNITED RECOVERY SYSTEMS LP
5800 N. COURSE DRIVE
HOUSTON, TX 77072

VERIZON
BANKRUPTCY DEPT
404 BROCK DRIVE
BLOOMINGTON, IL 61701


VISA DEPT STORE NATIONAL BANK/MACY'S
ATTN: BANKRUPTCY
PO BOX 8053
MASON, OH 45040


WAKEFIELD & ASSOCIATES
ATTN: BANKRUPTCY
PO BOX 441590
AURORA, CO 80044


WFNNB
PO BOX 659728
SAN ANTONIO, TX 78265-9728